UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SVETLANA VAYNSHELBOYM,

      Plaintiff,

   v.

CREDIT SUISSE AG,

      Defendant.

No. 12 Civ. 8227 (RJS)

**NOTICE OF APPEARANCE**

ECF Case

   PLEASE TAKE NOTICE that Michael T. Sullivan of Sullivan & Worcester LLP, an attorney admitted to practice in this Court, hereby appears as counsel in the above-captioned proceeding for defendant Credit Suisse AG and requests service of all notices, orders, correspondence and other papers filed in connection with this action.

Dated: New York, New York
   December 11, 2012

SULLIVAN & WORCESTER LLP

By: /s/*Michael T. Sullivan*
  Michael T. Sullivan
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
mstein@sandw.com

*Attorneys for Credit Suisse AG*