UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SVETLANA VAYNSHELBOYM,

                          Plaintiff,

            v.

CREDIT SUISSE AG,

                          Defendant.

No. 12 Civ. 8227 (RJS)

**NOTICE OF APPEARANCE**

ECF Case


        PLEASE TAKE NOTICE that Andrew T. Solomon of Sullivan & Worcester LLP, an

attorney admitted to practice in this Court, hereby appears as counsel in the above-captioned

proceeding for defendant Credit Suisse AG and requests service of all notices, orders,

correspondence and other papers filed in connection with this action.


Dated:  New York, New York
            December 11, 2012

SULLIVAN & WORCESTER LLP


By: /s/*Andrew T. Solomon*
      Andrew T. Solomon
    1633 Broadway, 32nd Floor
    New York, New York 10019
    Telephone: (212) 660-3000
    Facsimile: (212) 660-3001
    mstein@sandw.com

*Attorneys for Credit Suisse AG*