UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-13
```

SVETLANA VAYNSHELBOYM,

          Plaintiff,

-v-

CREDIT SUISSE AG,

          Defendant.

No. 12 Civ. 8227 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendant, dated January 25, 2013, requesting a pre-motion conference in advance of a contemplated motion to dismiss the complaint in this matter. IT IS HEREBY ORDERED that Plaintiff shall respond to this letter by January 30, 2013. IT IS FURTHER ORDERED that the initial conference scheduled for February 8, 2013 will also function as a pre-motion conference. The parties shall make the submissions called for in the Court's Order of December 3, 2012 on or before February 1, 2013.

SO ORDERED.

Dated:    January 28, 2013
          New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE