UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

SVETLANA VAYNSHELBOYM,

                Plaintiff,

    v.

CREDIT SUISSE AG,

                Defendant.

No. 12 Civ. 8227 (RJS)

**NOTICE OF APPEARANCE**

ECF Case

      PLEASE TAKE NOTICE that Karen E. Abravanel of Sullivan & Worcester LLP, an attorney admitted to practice in this Court, hereby appears as counsel in the above-captioned proceeding for defendant Credit Suisse AG and requests service of all notices, orders, correspondence and other papers filed in connection with this action.

Dated:  New York, New York
         February 1, 2013

SULLIVAN & WORCESTER LLP

By: /s/ *Karen E. Abravanel*
    Karen E. Abravanel
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
kabravanel@sandw.com

*Attorneys for Credit Suisse AG*