UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-8-13
```

SVETLANA VAYNSHELBOYM,

                Plaintiff,

-v-

CREDIT SUISSE AG,

                Defendant.

No. 12 Civ. 8227 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

    As stated on the record at the pre-motion conference on February 8, 2013, the parties shall abide by following schedule for Defendant's contemplated motion to dismiss:

| | |
|---|---|
| March 1, 2013: | Defendant shall file its motion; |
| March 22, 2013: | Plaintiff shall file her papers in opposition to the motion; |
| April 5, 2013: | Defendant shall file its reply. |

The Court will hear oral argument on the motion on May 10, 2013 at 10:00 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse.

SO ORDERED.

Dated:    February 8, 2013
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE