UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SVETLANA VAYNSHELBOYM<br><br>                  Plaintiff,<br><br>vs.<br><br>CREDIT SUISSE AG<br><br>                  Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 12 Civ. 8227 (RJS) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Svetlana Vaynshelboym and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Credit Suisse AG.

Dated: February 13, 2013

                                                Edward Flanders
                                                Peter Ostrovski
                                                PILLSBURY WINTHROP SHAW PITTMAN, LLP
                                                1540 Broadway
                                                New York, New York 10036-4039
                                                Telephone: (212) 858-1000
                                                Email: edward.flanders@pillsburylaw.com
                                                                     peter.ostrovski@pillsburylaw.com

*Attorneys for Plaintiff Svetlana Vaynshelboym*