USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SVETLANA VAYNSHELBOYM )
) **NOTICE OF VOLUNTARY**
Plaintiff, ) **DISMISSAL PURSUANT TO**
) **F.R.C.P. 41(a)(1)(A)(i)**
vs. )
)
CREDIT SUISSE AG ) Case No.: 12 Civ. 8227 (RJS)
)
Defendant. )
)
)

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Svetlana Vaynshelboym and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Credit Suisse AG.

Dated: February 13, 2013

Edward Flanders
Peter Ostrovski
PILLSBURY WINTHROP SHAW PITTMAN, LLP
1540 Broadway
New York, New York 10036-4039
Telephone: (212) 858-1000
Email: edward.flanders@pillsburylaw.com
       peter.ostrovski@pillsburylaw.com

*Attorneys for Plaintiff Svetlana Vaynshelboym*

SO ORDERED
Dated:
RICHARD J. SULLIVAN
U.S.D.J.
2/14/13